**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-01801-RWS |
| ) | |
| CO1, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the motion of plaintiff Joseph Michael Devon Engel for leave to proceed in forma pauperis on appeal. (Docket No. 13). It appears that plaintiff intended to file the motion in the United States Court of Appeals for the Eighth Circuit, as this Court has already denied plaintiff's motion to proceed in forma pauperis on appeal. (Docket No. 8). Furthermore, the Court of Appeals has ordered plaintiff to either pay the appellate docketing fee, or file a pleading with the Court of Appeals explaining why he is eligible to proceed without prepayment. (Docket No. 11). The Court will therefore direct the Clerk of Court to forward the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to **FORWARD** plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 13) to the United States Court of Appeals for the Eighth Circuit.

2

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 13) shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this 9th day of April, 2021.

*[signature]*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE